UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re:<br><br>ROBERTO D HERRERA<br>AKA ROBERTO DE JESUS DIAZ-HERRERA<br>ANA L DELGADO<br><br>Debtor(s). | Case No. 15-18015-AJC<br><br>Chapter: 13 |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY D.E.# 44**

COMES NOW Secured Creditor BSI Financial Services, by and through its undersigned attorney, hereby withdraws its Motion for Relief from Stay D.E. #44 filed on August 3, 2016.

I HEREBY CERTIFY that on this 14th day of November, 2016 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

**Roberto D Herrera**
**Ana L Delgado**
17973 SW 135 Ave
Miami, FL 33177

***Trustee***
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

***U.S. Trustee***
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Michael Marcer**
3850 Bird Road, Penthouse I
Coral Gables, FL 33146

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**/s/ Shirley Palumbo**
Shirley Palumbo, Esq.
Florida Bar No. 73520
City Place
525 Okeechobee Blvd, Suite 900
West Palm Beach, FL 33401
Tel: (561) 227-2370
Fax: (954) 771-9264
Email: Shirley.Palumbo@gmlaw.com