UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 6th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Roberto D. Herrera       JOINT DEBTOR: Ana L. Delgado       CASE NO.: 15-18015-AJC

SS#: xxx-xx- 6893       SS#: xxx-xx-4475

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,327.82 for months 1 to 34 ;
2. $32,132.81 for months 35 to 35 ;
3. $4,807.70 for months 36 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $9765.00 | Total Paid: | $4500.00 | Balance Due: | $5265.00 |
|---|---|---|---|---|---|
| Payable | $140.15 | /month (Months 1 to 34 ) | | | |
| Payable | $500.00 | /month (Months 35 to 35 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Chapter 13 $3,565; (2) $2,100 MMM; MTR $500; (3) MTM $500

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: US Bank Trust N.A
   Address: C/o SN Servicing Corp
   323 5th Street
   Eureka, CA 95501

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $17,703.39 | |
   | Arrears | $124.19 | /month (Months 1 to 34 ) |
   | Arrears | $12,000.00 | /month (Months 35 to 35 ) |

Debtor(s): Roberto D. Herrera, Ana L. Delgado    Case number: 15-18015-AJC

| Last 4 Digits of Account No.: 2799 | Arrears | $59.34 | /month (Months 36 to 60) |
| | Regular Payment | $689.08 | /month (Months 1 to 34) |
| | Regular Payment | $2,330.61 | /month (Months 35 to 60) |

Other: _____

■ Real Property
   ■ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
17973 SW 135 AVE
Miami, FL 33177

☐ Personal Property/Vehicle
Description of Collateral: _____

2. Creditor: Us Bank N.A

Address: C/o Select Portfolio Servicing 3217 So Decker Lake Drive Salt Lake City UT 84119

| | Arrearage/ Payoff on Petition Date | $11,628.28 | |
| | Arrears | $148.77 | /month (Months 1 to 34) |
| | Arrears | $6,570.12 | /month (Months 35 to 35) |
| Last 4 Digits of Account No.: 3202 | Regular Payment | $1,098.26 | /month (Months 1 to 34) |
| | Regular Payment | $1,518.80 | /month (Months 35 to 60) |

Other: _____

☐ Real Property
   ☐ Principal Residence
   ■ Other Real Property

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
18020 SW 134 CT
Miami, FL 33177-

☐ Personal Property/Vehicle
Description of Collateral: _____

   B. **VALUATION OF COLLATERAL:**  ■ NONE

   C. **LIEN AVOIDANCE**  ■ NONE

   D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
      ■ NONE

   E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
      ■ NONE

IV.   **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   B. **INTERNAL REVENUE SERVICE:** ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   D. **OTHER:** ■ NONE

V.   **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

Debtor(s): Roberto D. Herrera, Ana L. Delgado    Case number: 15-18015-AJC

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| A. | Pay | $13.09 | /month (Months | 1 | to | 34 ) |
|   | Pay | $6,000.00 | /month (Months | 35 | to | 35 ) |
|   | Pay | $418.18 | /month (Months | 36 | to | 60 ) |

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:    ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

If the Debtor receives gambling winnings during the pendency of the plan, the Debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the Unsecured Creditors.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Roberto D. Herrera    Debtor    May 21, 2018        /s/ Ana L. Delgado    Joint Debtor    May 21, 2018
Roberto D. Herrera                    Date                     Ana L. Delgado                            Date

/s/ Julio C. Marrero, Esq.    May 21, 2018
Attorney with permission to sign on            Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**