# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                         Case No.: 15-18015-AJC
                                                              Chapter 13

**ROBERTO D. HERRERA**
**ANA L. DELGADO**

       **Debtors**                /

## MOTION TO REINSTATE CHAPTER 13 CASE AND
## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** Roberto D. Herrera and Ana L. Delgado (the "Debtors') by and through the undersigned counsel and moves for an Order Reinstating Chapter 13 Case pursuant to Federal Rules of Bankruptcy Procedure 9024 and Federal Rules of Civil Procedure 60 and an Order Granting and Approving Modified Plan and as grounds thereof states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on April 30, 2015.

2. Debtor's Third Modified Chapter 13 Plan was confirmed by Order of this Court on February 15, 2017 [DE 67].

3. On January 2, 2018 the Trustee filed a Notice of Delinquency in Confirmed Ch. 13 Plan Payments [DE 74].

4. Debtor did not become current within the specified timeframe.

5. As such, on February 26, 2017 the Trustee filed a report of Non- Compliance.

6. On February 27, 2018 an Order Dismissing Case [DE 77] was entered.

7. The debtors would like the opportunity to reinstate their case and modify their plan in order to become current with their payments and continue to Cure and Maintain both Primary and Investment property.

8. The debtor seeks the modification of their Chapter 13 Plan in good faith and submits that no parties in interest will be prejudiced by the requested relief.

**WHEREFORE**, the Debtor requests this Court enters an order reinstating their Chapter 13 case and an Order granting and approving the modification of the Debtor's plan and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan was sent via CM/ECF to all parties eligible to receive electronic notice and via regular U.S. Mail to all parties on the attached matrix on this 8th day of March 2018.

**MARRERO, CHAMIZO, MARCER LAW L.P.**
Attorneys for Debtor
3850 Bird Road, Suite 1001
Coral Gables, FL 33146
Tel: (786) 431-2770
Fax: (305) 444-5538
Bankruptcy@MarreroLawFirm.com

By: /s/ Julio Marrero
    Julio Marrero, Esq.
    FBN: 784664

```
Label Matrix for local noticing        BSI Financial Services                  Accredited Home Lender
113C-1                                 Greenspoon Marder PA                    16550 W Bernardo Dr. Bldg 1
Case 15-18015-AJC                      525 Okeechobee Blvd #1570               San Diego, CA 92127-1870
Southern District of Florida           WPM, FL 33401-6349
Miami
Thu Dec 15 23:06:36 EST 2016

Aegis Mortgage Corp/State Collections  Afni                                    Ally Financial
Attn: Bankruptcy Dept                  Po Box 3097                             200 Renaissance Ctr
Po Box 6250                            Bloomington, IL 61702-3097              Detroit, MI 48243-1300
Madison, MI 53716-0250


Ally Financial                         American InfoSource LP as agent for     Amo Recoveries/Nationwide Recovery Servi
PO Box 130424                          DIRECTV, LLC                            Attn: Bankruptcy
Roseville, MN 55113-0004               PO Box 51178                            Po Box 8005
                                       Los Angeles, CA  90051-5478             Cleveland, TN 37320-8005


Broward Adjustment Services            Browardadjus                            Bsi Financial Services
Collections Division                   Po Box 11879                            314 S Franklin St
2876 East Oakland Park Blvd.           Fort Lauderdal, FL 33339-1879           Titusville, PA 16354-2168
PO BOX  11879
Fort Lauderdale, FL 33339-1879


(c)CAC FINANCIAL CORP                  Capital One                             Carrington Mortgage Se
2601 NW EXPRESSWAY STE 1000E           Po Box 30253                            1610 E Saint Andrew Pl
OKLAHOMA CITY OK  73112-7236           Salt Lake City, UT 84130-0253           Santa Ana, CA 92705-4931


Chase Mtg                              Citi Auto/Santander Consumer USA        Clear Spring Loan Serv
Po Box 24696                           Attn: Bankruptcy                        18451 N Dallas Pkwy Ste
Columbus, OH 43224-0696                Po Box 961245                           Dallas, TX 75287-5202
                                       Ft. Worth, TX 76161-0244


Clearspring Loan Services, Inc         First National Collect                  First Source Advantage
18451 North Dallas Parkway Suite 100   610 Waltham Way                         PO Box 025437
Dallas, TX 75287-5209                  Sparks, NV 89434-6695                   Miami, FL 33102-5437


Florida Foot & Ankel Assoc.            G M A C                                 JMG ER Physicians
8200 NW 27th Street, STE 108           P.o. Box 380901                         PO BOX 919278
Miami, FL 33122-1902                   Bloomington, MN 55438-0901              Orlando, FL 32891-9278


JMG Specialty Physicians               Jackson Memorial Hospital               Kendal Regional Medical CTR
PO BOX 864740                          POB 864735                              PO BOX 9060
Orlando, FL 32891-9278                 Orlando, FL 32886-4735                  Clearwater, FL 33758-9060


Kendal Regional Rediology, INC         Kendall Hospitalists at RMC             Lvnv Funding Llc
1500 San Remo Ave. Ste 280             PO BOX 740776                           Po Box 10497
Miami, FL 33146-3053                   Cincinnati, OH 45274-0776               Greenville, SC 29603-0497
```

| | | |
|---|---|---|
| Miami Dade Fire Rescue<br>PO BOX 863330<br>Orlando, FL 32886-3330 | (p)NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | Nelnet Loans<br>Attn: Claims<br>Po Box 17460<br>Denver, CO 80217-0460 |
| Ocwen Loan Servicing I<br>24 Greenway Plaza #712<br>Houston, TX 77046-2401 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Primus Financial Svcs<br>Po Box 680020<br>Franklin, TN 37068-0020 | Select Portfolio Services, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Sheridan<br>P.O. Box 848508<br>Hollywood, FL 33084-0508 | Southwest Credit Syste<br>4120 International Parkway Suite 1100<br>Carrollton, TX 75007-1958 | Stellar Recovery Inc<br>1327 Highway 2 Wes<br>Kalispell, MT 59901 |
| Suntrust Mortgage/cc 5<br>Attn:Bankruptcy Dept<br>Po Box 85092 Mc Va-Wmrk-7952<br>Richmond, VA 23285-5092 | University of Miami Health System<br>PO BOX 741199<br>Atlanta, GA 30374-1199 | Wells Fargo Recovery<br>Macq 2123-013<br>Pob 94423<br>Albuquerque, NM 87199-4423 |
| Ana L Delgado<br>17973 SW 135 Ave<br>Miami, FL 33177-7114 | Anthony A Roca<br>The Roca Law Firm, P.A.<br>1750 Coral Way, FL 2<br>Miami, FL 33145-2747 | Julio C Marrero<br>3850 Bird Rd. PH 1<br>Coral Gables, FL 33146-1507 |
| Michael Marcer<br>3850 Bird Road, Penthouse I<br>Coral Gables, FL 33146-1501 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Roberto D Herrera<br>17973 SW 135 Ave<br>Miami, FL 33177-7114 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationwide Recovery Services
545 West Inman Street
Cleveland, TN 37311

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

CAC Financial Corp
2601 NW expressway Suite 1000 East
Oklahoma City, OK 73112

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank N.A.                (u)Miami                                    (u)Td Auto Fin

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53