Michelle Ghidotti, Esq. (SBN: 232837)
Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Agent for Secured Creditor
U.S. Bank Trust National Association as Trustee of IGSC Series II Trust

**UNITED STATES BANKRUPTCY COURT**

**SOUTHREN DISTRICT OF FLORIDA – MIAMI DIVISION**

| | |
|---|---|
| In Re: | CASE NO.:  15-18015-AJC |
| **ROBERTO DE. HERRERA and ANA L. DELGADO,** | CHAPTER 13 |
| Debtors. | **NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY** |

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust hereby withdraws it's Transfer of Claim Other Than for Security, filed on March 15, 2017, docket number 71.

Dated: October 16, 2018        **LAW OFFICES OF MICHELLE GHIDOTTI**

/s/ Michelle Ghidotti
Michelle Ghidotti, Esq.
Agent for U.S. Bank Trust National Association
as Trustee of Bungalow Series III Trust

Michelle Ghidotti, Esq. (SBN: 232837)
Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Agent for Secured Creditor
U.S. Bank Trust National Association as Trustee of IGSC Series II Trust

# UNITED STATES BANKRUPTCY COURT

## SOUTHREN DISTRICT OF FLORIDA – MIAMI DIVISION

| | |
|---|---|
| In Re: ) | CASE NO.:  15-18015-AJC |
| ) | |
| **ROBERTO DE. HERRERA and ANA L. DELGADO,** ) ) ) | CHAPTER 13 |
| ) | **CERTIFICATE OF SERVICE** |
| Debtors. ) | |
| ) | |
| ) | |
| ) | |

    I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 16, 2018, I served the following documents described as:

- **NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtor**<br>Roberto D. Herrera<br>17973 SW 135 Ave.<br>Miami, FL 33177<br><br>**Joint Debtor**<br>Ana L Delgado<br>17973 SW 135 Ave.<br>Miami, FL 33177<br><br>**Debtors' Counsel**<br>Michael Marcer<br>3850 Bird Road, Penthouse I<br>Coral Gables, FL 33146<br><br>Julio C. Marrero<br>3850 Bird Road, Penthouse I<br>Coral Gables, FL 33146 | **Trustee**<br>Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027<br><br>**U.S. Trustee**<br>Office of the United States Trustee<br>51 S.W. 1st Ave, Suite 1204<br>Miami, FL 33130 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on October 16, 2018, at Santa Ana, California

*/s/ Steven P. Swartzell*
Steven P. Swartzell